(May 31, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KABIL BAJRAMOVOC, Appellant.—STALEY, JR., J.

624

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, J.